**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: __11-14631-LMI__

☒ ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Juan Sierra__     CO-DEBTOR: __Nancy Colunga__
Last Four Digits of SS# __xxx-xx-4656__     Last Four Digits of SS# __xxx-xx-4658__

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __45__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A. $__172.22__ for months __1__ to __45__;
  B. $_____ for months _____ to _____;
  C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $3,750.00 + $500.00 (Motion to Value) = $4,250.00
                  TOTAL PAID       $2,000.00
                  Balance Due      $2,250.00 payable $125.00 month (Months __1__ to __18__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__     Arrearage on Petition Date $_____
Address _____     Arrears Payment $_____/month (Months ___ to ___)
_____     Arrears Payment $_____/month (Months ___ to ___)
_____     Regular Payment $_____/month (Months ___ to ___)

2. _____     Arrears Payment $_____
_____     Arrears Payment $_____/month (Months ___ to ___)
     Regular Payment $_____/month (Months ___ to ___)
     Arrears Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| America Servicing Co. Loan#xxxxxx7370 Prop Address: 3539 W 76th St Hialeah, FL 33018 | Homestead Property $96,980.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__     Total Due $_____
     Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $__30.00__ month (Months __1__ to __18__). Pay $155.00/mo (Mos 19 to 45)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtor is paying America Servicing Co (Loan#xxxxxx6962) and Toyota Southeast (Loan#xxxxx2488) directly outside the plan. The debtors assume the vehicle financed with Nissan Motor Acceptance Corp (Loan#xxxxx5349)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____     X _____
Debtor     Joint Debtor
Date: 05/03/11     Date: 05/03/11

LF-31 (rev. 06/02/08)