UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:  
JUAN SIERRA

NANCY CALUNGA

    Debtor(s)
_____/

CASE NO. 11-14631-BKC-

NOTICE OF HEARING AND TRUSTEE'S
MOTION TO DISMISS

    PLEASE TAKE NOTICE that a hearing will be held at the U.S. Bankruptcy Court, Room No. 1409 , 51 South West First Avenue, Miami, Florida 33130 on September 9, 2014 at 9:00 a.m. to determine whether this case should be dismissed.

    COMES NOW Nancy N. Herkert, Trustee herein of the above-named debtor(s) and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

    Wherefore, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

    I CERTIFY that copies of this Notice of Hearing and Motion were mailed    July 21, 2014 to the parties listed below.

*COPIES FURNISHED TO:  
SEE ATTACHED SERVICE LIST

_____ bar #91727  
For NANCY N. HERKERT, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 279806  
MIRAMAR, FL 33027  
Telephone: (954) 443-4402  
Florida Bar No. 441856

COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-9806

JUAN SIERRA
NANCY CALUNGA
DEBTOR(S)
3539 W 76 ST
APT #2
HIALEAH, FL   33018

ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL   33012

```
*  *  *  COMMUNICATION RESULT REPORT ( MAY. 22. 2014  5:30PM )  *  *  *

                                              FAX HEADER 1: CHAPTER 13 STANDING
                                              FAX HEADER 2:

TRANSMITTED/STORED : MAY. 22. 2014  5:27PM
FILE MODE         OPTION              ADDRESS                    RESULT      PAGE
---------------------------------------------------------------------------------
7176 MEMORY TX                        G3  :Robert Sanchez, PA    OK          1/1




----------------------------------------------------------------------------------
        REASON FOR ERROR
              E-1) HANG UP OR LINE FAIL          E-2) BUSY
              E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
              E-5) MAIL SIZE OVER
```

OFFICE OF THE CHAPTER 13 TRUSTEE
SOUTHERN DISTRICT OF FLORIDA
NANCY K. NEIDICH, ESQUIRE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027
TELEPHONE: (954) 443-4402
FAX: (954) 443-4452

ROBERT SANCHEZ, ESQUIRE                           Date: May 22, 2014
355 W 49 STREET
HIALEAH, FL
 33012

In Re: 11-14631-BKC- *LMI*
       JUAN SIERRA
       NANCY CALUNGA

Dear ROBERT SANCHEZ, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that ECAST SETTLEMENT CORP had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such:

Amount of Claim: $ *2679.44*    *Reg #11*

_____ A secured creditor in the amount of $_____.

_____ A secured creditor with arrearage and costs in the amount of $_____.

_____ An unsecured priority creditor in the amount of $_____.

___✓__ Other: *not provided for in plan*.

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this correspondence. Failure to do so may render the Plan unfeasible and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

*Michelle Lopez*
Claims Administrator


cc: Debtor