

ORDERED in the Southern District of Florida on November 10, 2014.

*Laurel M. Isicoff* [signature]

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                            Case No. 11-14631-LMI
                                                                  Chapter 13
Juan Sierra
Nancy Calunga
    Debtors.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF HSBC BANK NEVADA, N.A.

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on October 15, 2014, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to claim of HSBC Bank Nevada, N.A. (claim #11) is SUSTAINED.

2. The Claim of HSBC Bank Nevada, N.A. (claim #11) is classified as a general unsecured claim.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.